UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                                    CASE: R18-42052-PWB

CRAIG ALAN CLINE                                                              CHAPTER 13

**Debtor**

### CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN
### (11 U.S.C. § 522(q)(1) MAY NOT APPLY)

COMES NOW, K. EDWARD SAFIR, Standing Chapter 13 Trustee, in the above-styled action and files this Notice of Completed Plan, and respectfully shows the Court the following:

The Chapter 13 Trustee has verified that each Debtor in this case has completed payments to creditors pursuant to the terms of the confirmed plan.

1. **Each Debtor shall complete and file with the Court the attached *Debtor's 11 U.S.C. § 1328 Certificate* concerning domestic support obligations and previous discharges.**

2. **Each Debtor must file a certificate of completion of an approved instructional course concerning personal financial management.**

**Each Debtor has 45 days from the date of this notice to file the required documents. If each Debtor fails to file all of the documents, the Court may close the case without a discharge.**

The Trustee does not believe that 11 U.S.C. § 522 (q)(1) applies in this case.

The Chapter 13 Trustee respectfully requests that this Court review this case to determine if each Debtor is eligible for discharge and whether all requirements of 11 U.S.C. § 1328 have been met, and if appropriate, enter an Order of Discharge.

1

R18-42052-PWB

      The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of Debtor in this case have been negotiated and no outstanding disbursements remain. This case will remain open, pending receipt of the Chapter 13 Trustee's Final Report and Account and an Order discharging the Trustee is entered.

Dated: December 12, 2023

                                                                                        Respectfully submitted,

                                                                                        _/s/_____
                                                            K. Edward Safir, Standing Chapter 13 Trustee
                                                            GA Bar No. 622149
                                                            285 Peachtree Center Ave, Suite 1600
                                                            Atlanta, GA  30303-1229
                                                            (404) 525-1110
                                                            eds@atlch13tt.com

R18-42052-PWB

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

CRAIG ALAN CLINE
2600 N PINE LAKE DR
DALTON, GA 30721


Dated: December 12, 2023

                                          Respectfully submitted,

                                        _/s/_____
                                        K. Edward Safir, Standing Chapter 13 Trustee
                                        GA Bar No. 622149
                                        285 Peachtree Center Ave, Suite 1600
                                        Atlanta, GA  30303-1229
                                        (404) 525-1110
                                        eds@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                             CASE: R18-42052-PWB
CRAIG ALAN CLINE

                                                                               CHAPTER 13

**Debtor**

**DEBTOR'S 11 U.S.C. §1328 CERTIFICATE**

*This Certificate must be completed and filed with the court in order for each debtor to receive a discharge. In joint cases, a separate Certificate must be completed and signed by each debtor. This Certificate should be filed after the debtor has completed all payments (as required by the Plan or as specified by the Court).*

**I declare under penalty of perjury that the information provided in this Certificate is true and correct.**

**A.** Appropriate Box Must Be Checked:

❑   1.   During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

❑   2.   During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

❑   3.   During the time this bankruptcy case has been pending, I have not paid all domestic support obligations (such as child support, maintenance or alimony) as required by an order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to paragraph B.**

      The name and address of each holder of a domestic support obligation are:

      Name:    _____         My Current Address:

      Address:   _____         _____

                   _____         _____

                   _____         _____

R18-42052-PWB

My Current Employer is:

  Name:  _____

  Address: _____

       _____

       _____

**B.** Appropriate Box Must Be Checked:

❑ 1. I **have NOT** received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed within 4-years prior to filing this case.
❑ 2. I **have** received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed within 4-years prior to filing this case.

**C.** Appropriate Box Must Be Checked:

❑ 1. I **have NOT** received a discharge in a Chapter 13 bankruptcy case filed within 2-years prior to filing this case.
❑ 2. I **have** received a discharge in a Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

**By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.**

Date: _____  /s/_____
              DEBTOR